IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02262-WDM-MEH

STEVEN BIGLEY,

    Plaintiff,

v.

SGARLATO MED, LLC, a California limited liability company,
DJO, INCORPORATED, a Delaware corporation,
I-FLOW CORPORATION, a Delaware corporation,
ABBOTT LABORATORIES, an Illinois corporation,
ABBOTT LABORATORIES, INC., a Delaware corporation,
HOSPIRA, INC., a Delaware corporation,
ASTRAZENECA PHARMACEUTICALS LP, a Delaware limited partnership,
ASTRAZENECA, LP, a Delaware limited partnership, and
ZENECA HOLDINGS, INC., a Delaware corporation,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 9, 2009.**

    Plaintiff's Motion to Amend Complaint [filed November 6, 2009: docket #19] is **denied as moot**. Pursuant to Fed. R. Civ. P. 15(a)(1), a party may amend its pleading once as a matter of course before being served with a responsive pleading. No answer or other response has been filed in this case. Therefore, the Plaintiff need not seek leave of Court to amend his Complaint.

    The Clerk of the Court is directed to file the First Amended Complaint found at docket #19-2. The Plaintiff shall serve the First Amended Complaint on all parties who have not entered an appearance, in accordance with Fed. R. Civ. P. 4. Any defendant who has entered an appearance shall file an answer or other response in accordance with Fed. R. Civ. P. 15(a)(3).