IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 09-cv-02262-WDM-MEH

STEVEN BIGLEY,

    Plaintiff,

v.

SGARLATO MED, LLC, et al.,

    Defendants.

---

**NOTICE OF DISMISSAL OF ASTRAZENECA PHARMACEUTICALS LP,
ASTRAZENECA LP AND ZENECA HOLDINGS INC ONLY**

---

    The court takes judicial notice that the parties have filed a Stipulation for Dismissal in accordance with Fed. R. Civ. P. 41(a)(1)(ii).  Accordingly, the complaint is dismissed without prejudice as to Astrazeneca Pharmaceuticals LP, Astrazeneca LP and Zeneca Holdings Inc only, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on November 24, 2009.

                                                  BY THE COURT:

                                                s/ Walker D. Miller
                                                United States Senior District Judge

PDF FINAL