IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Case No. 09-cv-02262-WDM-KLM

STEVEN BIGLEY,

    Plaintiff,

v.

SGARLATO LABORATORIES, INC., et al.,

    Defendants.

_____

**ORDER FOR STAY DUE TO BANKRUPTCY**
_____

    This matter is before me on the Suggestion of Bankruptcy of Sgarlato Laboratories, Inc. Pursuant to 11 U.S.C. § 362, *Fortier v. Dona Anna Plaza Partners*, 747 F.2d 1324, 1329-30 (10th Cir. 1984) this matter is stayed as to this defendant only pending the outcome of the bankruptcy proceedings.

    DATED at Denver, Colorado, on December 30, 2009.

                                        BY THE COURT:


                                        s/ Walker D. Miller
                                        United States Senior District Judge

PDF FINAL