IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Case No. 09-cv-02262-WDM-KLM

STEVEN BIGLEY,

    Plaintiff,

  v.

SGARLATO LABORATORIES, INC., et al.,

    Defendants.

_____

**ORDER LIFTING STAY DUE TO BANKRUPTCY**
_____

This matter is before me on the Status Report Regarding Closing of Chapter 7 Bankruptcy Matter for Sgarlato Labs. In accordance with the Final Decree of the Bankruptcy Court, the stay as to this defendant is lifted.

DATED at Denver, Colorado, on January 20, 2010

                BY THE COURT:

                s/ Walker D. Miller
                United States Senior District Judge