IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 09-cv-02262-WDM-KLM

STEVE BIGLEY,

    Plaintiff,

v.

SGARLATO LABORATIES, INC., a California Corporation, et al.,

    Defendants.

## ORDER ON MOTION TO LIFT STAY

Miller, J.

This case is before me on the Unopposed Motion to Lift Stay (Docket No. 91) filed by Defendant I-Flow Corporation ("I-Flow"). This is a product defect case arising from injuries allegedly suffered by Plaintiff as a result of use of a pain pump implant. On November 30, 2009, Plaintiffs in three similar cases filed a Renewed Motion for Transfer and Consolidation by the Judicial Panel on Multidistrict Litigation. Pending a decision by the Panel these proceedings were stayed (Docket No. 86). The Panel has issued a decision and denied the request for centralization and pre-trial coordination of these cases. Therefore, there is no need to continue the stay and this case should proceed.

Accordingly, it is ordered:

1. Defendant I-Flow Corporation's Unopposed Motion to Lift Stay (Docket No. 91) is granted. The stay of proceedings in this case is lifted.

2. Magistrate Judge Kristen L. Mix shall schedule a status conference with the

parties to address scheduling and other matters.

DATED at Denver, Colorado, on May 3, 2010.

BY THE COURT:

s/ Walker D. Miller
United States Senior District Judge