IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 09-cv-02262-WDM-KLM

STEVEN BIGLEY,

    Plaintiff,

v.

SGARLATO LABORATORIES, INC., et al.,

    Defendants.

## NOTICE OF DISMISSAL OF CERTAIN DEFENDANTS ONLY

The court takes notice of Plaintiff's Notice of Dismissal in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly, the complaint is dismissed with prejudice as to Defendants Abbott Laboratories, Abbott Laboratories, Inc. and Hospira, Inc. only, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on August 3, 2010.

BY THE COURT:

s/ Walker D. Miller
United States Senior District Judge

PDF FINAL