IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02262-WDM-KLM

STEVEN BIGLEY,

    Plaintiff,

v.

SGARLATO LABORATORIES, INC., a California corporation,
DJO, LLC, a Delaware corporation, and
I-FLOW CORPORATION, a Delaware corporation,

    Defendants.

### MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Unopposed Motion for Entry of Protective Order** [Docket No. 130; Filed April 21, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Stipulated Qualified Protective Order [Docket No. 130-1] supplied by Defendants is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

    Dated: May 10, 2011